No. 5273. CALLAHAN v. FOLLETTE, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 5277. FRESHWATER, AKA MORRISON v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 5278. FOSTER v. NEW YORK. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 5279. IAROSSI v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 5281. BLACK v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 5282. DVORSKY v. UNITED STATES. Ct. Cl. Certiorari denied.

No. 5283. BOOTH v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 5284. NOBLE v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 5285. KEINE v. UNITED STATES; and
No. 5328. KREGAS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 5286. DINNEEN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 5287. TAYLOR v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 5292. NIPP v. UNITED STATES. C. A. 5th Cir. Certiorari denied.